O

No JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL DOMINGUEZ, ) | Case No. EDCV 10-01321 VAP(OPx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| DEUTSCHE BANK NATIONAL ) TRUST COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Deutsche Bank National Trust Company, GMAC Mortgage LLC, ETS Services LLC is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  October 14, 2010

VIRGINIA A. PHILLIPS
United States District Judge