O

No JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL DOMINGUEZ,<br><br>                Plaintiff,<br><br>    v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, GMAC MORTGAGE LLC, ETS SERVICES LLC, CAPITAL FUNDING GROUP, BANK OF AMERICA, RUZICKA & WALLACE LLP AS EARL R. WALLACE,<br><br>                Defendants. | Case No. EDCV 10-01321 VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Ruzicka & Wallace LLP and Earl R. Wallace is

DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 14, 2010

                          VIRGINIA A. PHILLIPS
                    United States District Judge