**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 10-01321 VAP(OPx)                              Date:  January 31, 2011

Title:   FIDEL DOMINGUEZ -v- DEUTSCHE BANK NATIONAL TRUST COMPANY, GMAC MORTGAGE LLC, ETS SERVICES LLC, CAPITAL FUNDING GROUP, BANK OF AMERICA, RUZICKA & WALLACE LLP AS EARL R. WALLACE

===============================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| --- | --- |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| --- | --- |
| None | None |

PROCEEDINGS:   MINUTE ORDER ORDERING PLAINTIFF TO SHOW CAUSE WHY HIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE (IN CHAMBERS)

   On September 1, 2010, Plaintiff Fidel Dominguez ("Plaintiff") filed a complaint ("Complaint") against Defendants Deutsche Bank National Trust Company, GMAC Mortgage LLC, ETS Services LLC, Capital Funding Group, Bank of America, Ruzicka & Wallace LLP, and Earl R. Wallace.  (Doc. No. 1.)  With his Complaint, Plaintiff filed a Proof of Service signed by Juan Sanchez ("Sanchez"), in which Sanchez asserted that he had served copies of the Complaint on "the interested parties in this action" by certified mail and facsimile.  (Compl. at 15.)  The Proof of

EDCV 10-01321 VAP(OPx)
FIDEL DOMINGUEZ v. DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.
MINUTE ORDER of January 31, 2011

Service does not identify which parties were served nor what addresses or facsimile numbers were used to serve them.  The Proof of Service is therefore invalid to demonstrate actual service as required under Federal Rule of Civil Procedure 4(l).

On October 14, 2010, this Court granted the Motions to Dismiss filed by Defendants Deutsche Bank National Trust Company, GMAC Mortgage LLC, ETS Services LLC, Ruzicka & Wallace LLP, and Earl R. Wallace, and Plaintiff's claims against these parties were dismissed.  (Doc. Nos. 10-14.)

Plaintiff has not provided the Court with any proof that he has served Capital Funding Group and Bank of America, the two remaining Defendants.  Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed.  Thus, all defendants in this action should have been served by December 30, 2010.

Accordingly, the Court ORDERS Plaintiff to show cause, in writing, why the case should not be dismissed for failure to prosecute.  Plaintiff may respond to this order by filing procedurally-proper proofs of service no later than February 9, 2011.  Failure to respond to this order will result in dismissal of Plaintiff's action.

**IT IS SO ORDERED.**