**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL DOMINGUEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK NATIONAL<br>TRUST COMPANY, et al.<br><br>        Defendants. | Case No. EDCV 10-01321<br>VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: February 14, 2011

                                      VIRGINIA A. PHILLIPS
                              United States District Judge